**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 10-04364M-001-PCT-MEA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Marcelino Mike Angeles, | ) | |
| Defendant. | ) | |

The defendant appeared in court and admitted to violating the conditions of probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions.

IT IS FURTHER ORDERED that the defendant be released from federal custody.

DATED this 21st day of November, 2011.

_____
Mark E. Aspey
United States Magistrate Judge